FILED '09 FEB 19 11:17 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR 09- 60030-HO |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | [18 U.S.C. §§ 844(i) and 2] |
| DAVID ALLEN RIOS, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about September 10, 2008, in Lebanon, Linn County, Oregon, in the District of Oregon, DAVID ALLEN RIOS, defendant herein, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, at Pregnancy Alternative Clinic, 136 West Vine, Lebanon, Oregon; and as a direct or proximate result of defendant's conduct, a personal injury resulted to a public safety officer while performing his duties;

All in violation of Title 18, United States Code, Sections 844(i) and 2.

DATED this 18th day of February 2009.

                                A TRUE BILL.

                                /s/ GRAND JURY FOREPERSON

                                FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney

/s/ KIRK A. ENGDALL

KIRK A. ENGDALL
Assistant U.S. Attorney